# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAEN OPTICS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>JAND, INC. dba WARBY PARKER, a Delaware corporation,<br><br>Defendant. | Case No.: 21-CV-223 JLS (LL)<br><br>**ORDER APPROVING JOINT STIPULATION FOR DEFENDANT JAND, INC. DBA WARBY PARKER TO FILE AN AMENDED ANSWER, SEPARATE DEFENSES AND COUNTERCLAIMS**<br><br>(ECF No. 30) |

Presently before the Court is the Parties' Joint Stipulation for Defendant Jand, Inc. dba Warby Parker ("Defendant") to File an Amended Answer, Separate Defenses and Counterclaims ("Joint Stip.," ECF No. 30). Good cause appearing, the Court **APPROVES** the Joint Stipulation. Defendant **SHALL FILE** its Amended Answer, Separate Defenses and Counterclaim within three (3) days of the date on which this Order is electronically docketed.

**IT IS SO ORDERED.**

Dated: July 1, 2021

Hon. Janis L. Sammartino
United States District Judge