UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAEN OPTICS, LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>WARBY PARKER INC.,<br><br>                              Defendant<br><br>―――――――――――――――――<br><br>WARBY PARKER INC.,<br><br>                              Counter Claimant,<br><br>v.<br><br>RAEN OPTICS, LLC,<br><br>                              Counter Defendant. | Case No.: 21cv223-JLS-LL<br><br>**ORDER GRANTING IN PART AND DENYING IN PART STIPULATED EXTENSION OF JUDGE LOPEZ'S 30-DAY DISCOVERY-RELATED LOCAL RULE**<br><br>[ECF No. 42] |

On October 7, 2021, the parties filed a document titled "Stipulated Extension of Magistrate Judge Lopez's 30-Day Discovery-Related Local Rule" requesting that the Court extend the deadline to meet and confer in connection with any discovery disputes involving discovery responses served by Plaintiff to Defendant on September 7, 2021. ECF No. 42. The Court construes the Stipulation as a Joint Motion. See CivLR 7.2. The parties seek to

extend the October 7, 2021 deadline for the parties "to meet and confer and address any remaining issues with the Court" to October 15, 2021 because the parties are unable to meet and confer about the discovery issues until October 8, 2021 due to conflicts. ECF No. 42 at 2.

The Court notes that the parties have misconstrued the undersigned's chambers rules. According to the undersigned's chambers rules, the deadline to <u>file a discovery motion</u> (not merely meet and confer) for issues that arose on September 7, 2021 would be October 7, 2021. <u>See</u> Judge Lopez's Civil Chambers Rules, Section V(C). The Court emphasizes that the parties must also meet and confer and satisfy other requirements prior to filing a motion compelling discovery. <u>Id.</u> Section V(A–B).

For good cause shown, the Court **GRANTS IN PART and DENIES IN PART** the parties' Joint Motion by extending the deadline <u>to file a discovery motion</u> involving responses served by Plaintiff to Defendant on September 7, 2021 to **October 15, 2021**. The Court reiterates that prior to filing any motion compelling discovery, the parties must thoroughly meet and confer in an effort to resolve their dispute without court intervention, and they must participate in a discovery dispute conference call with the undersigned's chambers. Judge Lopez's Civil Chambers Rules, Section V.

**IT IS SO ORDERED**.

Dated:  October 8, 2021

Honorable Linda Lopez
United States Magistrate Judge