UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAEN OPTICS, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>JAND, INC.,<br><br>                    Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No.:  21-cv-00223-JLS-LL<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL**<br><br>**[ECF No. 45]** |

Presently before the Court is the parties' Joint Motion for Dismissal.  (ECF No. 45.)  Having read and considered the joint motion, and good cause appearing, the Court hereby **GRANTS** the joint motion and **DISMISSES** with prejudice this action.  Each party shall bear its own attorneys' fees and costs.  The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

Dated:  November 16, 2021

Hon. Janis L. Sammartino
United States District Judge